LORAIN COUNTY BAR ASSOCIATION *v.* PAROBEK.

[Cite as *Lorain Cty. Bar Assn. v. Parobek* (1998), 83 Ohio St.3d 325.]

(No. 98–829—Submitted June 10, 1998—Decided September 30, 1998.)

*Stephen P. Bond,* for relator.

*Craig Wright,* for respondent.

---

**Per Curiam.** We adopt the findings, conclusion, and recommendation of the board. Respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.